## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVID GARNER**
**JENNIFER GARNER**                                                    **PLAINTIFFS**

**v.**                          **CASE NO: 4:11CV00274 BSM**

**CITIMORTGAGE INC., et al**                                           **DEFENDANTS**

### ORDER OF DISMISSAL

Upon plaintiffs' stipulations of dismissal against defendants Equifax Information

Services, LLC (Equifax) [Doc. No. 34] and Trans Union, LLC (Trans Union) [Doc. No. 35],

all claims against defendants Equifax and Trans Union are dismissed with prejudice and each

party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 8th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE