IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID GARNER and
JENNIFER GARNER                                                          PLAINTIFFS

VS.                            CASE NO. 4:11-CV-274-BSM

CITIMORTGAGE, INC.;
SAFEGUARD PROPERTIES, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION, LLC                                                     DEFENDANTS

## STIPULATIONS OF FACT

Defendant CitiMortgage, Inc. ("Defendant"), and Plaintiffs David Garner and Jennifer Garner ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate to the factual accuracy of the substance of the Requests for Admission propounded by upon Defendant by Plaintiffs on or about November 3, 2011, a copy of which is attached hereto as Exhibit A.

Dated: December 29, 2011

Stipulated to by:

_____                               _____
H. Keith Morrison (Ark. Bar No. 84210)                  Kevin P. Keech (Ark. Bar No. 98147)
Wilson & Associates, PLLC                               Keech Law Firm, PA
1882 N. Starr Drive                                     4800 West Commercial Drive
Fayetteville, AR 72701                                  North Little Rock, AR 72116
(479) 521-5820                                          (501) 221-3200
(479) 521-5543 Fax                                      (501) 221-3201 Fax
kmorrison@wilson-assoc.com                              kkeech@keechlawfirm.com

Attorneys for CitiMortgage, Inc.                        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID GARNER and  JENNIFER GARNER     PLAINTIFFS

VS.     CASE NO. 4:11-CV-0274-BSM

CITIMORTGAGE, INC.;
SAFEGUARD PROPERTIES, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION, LLC     DEFENDANTS

### PLAINTIFFS' REQUESTS FOR ADMISSION PROPOUNDED TO DEFENDANT CITIMORTGAGE, INC.

Come now Plaintiffs, David Garner and Jennifer Garner, by and through counsel, and, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiffs hereby serve the following Requests for Admission and requests that Defendant CitiMortgage, Inc., within thirty (30) days after the date of service thereof, admit or deny each of the Requests for Admission hereinafter set forth, and serve a copy of such answers on the undersigned counsel. To the extent Defendant CitiMortgage, Inc. objects to or claims a privilege with respect to any Request for Admission, in whole or in part, set forth all reasons and the underlying factual basis for your objection or claim of privilege in sufficient detail to permit the Court to determine the validity of your objection or claim of privilege.

**Definitions and Instructions.** All definitions and rules of construction in Rules 26 and 36 of the Federal Rules of Civil Procedure are incorporated herein by reference unless a different definition is given for the term in question. As used herein:

    (1) "Complaint" refers to the Complaint filed by the Plaintiffs to commence the action against the Defendant in the above-captioned proceeding.



(2) "Answer" means the Defendant CitiMortgage, Inc.'s Answer and affirmative defenses to the Complaint filed in this action.

(3) "Plaintiffs" refers to David Garner and Jennifer Garner.

(4) "Defendant" refers to CitiMortgage, Inc., its directors, officers, employees, agents, attorneys, representatives, and any individual or organization acting on behalf of the Defendant.

(5) "Mortgage Account" refers to the account at issue in the Complaint, namely CitiMortgage Account No. ******1341.

(6) "The Property" refers to the real property owned by Plaintiffs which served as collateral for the Mortgage Account.

**REQUEST FOR ADMISSION 1:** Admit that you received the check from the Plaintiffs attached to the Complaint as Exhibit A-1.

**REQUEST FOR ADMISSION 2:** Admit that the check attached to the Complaint as Exhibit A-1 cleared when deposited, and was honored by the Plaintiffs' banking institution.

**REQUEST FOR ADMISSION 3:** Admit that you received the check from the Plaintiffs attached to the Complaint as Exhibit A-2.

**REQUEST FOR ADMISSION 4:** Admit that the check attached to the Complaint as Exhibit A-2 cleared when deposited, and was honored by the Plaintiffs' banking institution.

**REQUEST FOR ADMISSION 5:** Admit that you received the check from the Plaintiffs attached to the Complaint as Exhibit A-3.

**REQUEST FOR ADMISSION 6:** Admit that the check attached to the Complaint as Exhibit A-3 cleared when deposited, and was honored by the Plaintiffs' banking institution.

**REQUEST FOR ADMISSION 7:** Admit that you sent a copy of the letter attached to the Complaint as Exhibit B to the Plaintiffs.

**REQUEST FOR ADMISSION 8:** Admit that you issued and sent the check [No. 113199434] attached to the Complaint as Exhibit C to the Plaintiffs.

**REQUEST FOR ADMISSION 9:** Admit that Check No. 113199434 was issued to the Plaintiffs because they had overpaid on the Mortgage Account.

**REQUEST FOR ADMISSION 10:** Admit that the Mortgage Release Satisfaction and Discharge attached to the Complaint as Exhibit D is a true and accurate copy of the Release filed by you or on your behalf.

**REQUEST FOR ADMISSION 11:** Admit that, through filing the Mortgage Release Satisfaction and Discharge attached to the Complaint as Exhibit D, you intended to and did release the mortgage evidenced by the Mortgage Account.

**REQUEST FOR ADMISSION 12:** Admit that you provided the Plaintiffs with information after the Mortgage Account had been paid off which induced them to continue to make payments the Mortgage Account.

**REQUEST FOR ADMISSION 13:** Admit that you received the check from Plaintiffs attached to the Complaint as Exhibit E-1.

**REQUEST FOR ADMISSION 14:** Admit that the check attached to the Complaint as Exhibit E-1 cleared when deposited by you.

**REQUEST FOR ADMISSION 15:** Admit that you received the check from Plaintiffs attached to the Complaint as Exhibit E-2.

**REQUEST FOR ADMISSION 16:** Admit that the check attached to the Complaint as Exhibit E-2 cleared when deposited by you.

**REQUEST FOR ADMISSION 17:** Admit that you received the letter from Plaintiffs attached to the Complaint as Exhibit H.

**REQUEST FOR ADMISSION 18:** Admit that you hired Safeguard Properties, Inc. to enter The Property related to the Mortgage Account.

**REQUEST FOR ADMISSION 19:** Admit that, at the time you hired Safeguard Properties to enter The Property, the Mortgage Account had been released, and no foreclosure proceedings had been instigated against the Plaintiffs.

**REQUEST FOR ADMISSION 20:** Admit that you have and continued to send statements to the Plaintiffs which claim an overdue amount on the Mortgage Account, despite the fact that the Mortgage Account was released.

Dated: November 3, 2011.

Respectfully submitted,

KEECH LAW FIRM, PA
4800 West Commercial Drive
North Little Rock, AR 72116
501.221.3200 (telephone)
501.221.3201 (fax)

By: _____
Kevin P. Keech (Ark. Bar No. 98147)
kkeech@keechlawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via U.S. Mail on the 3rd day of November, 2011, to the following:

Angela M. Martin
H. Keith Morrison
WILSON & ASSOCIATES, PLLC
1882 North Starr Drive
Fayetteville, AR 72701
amartin@wilson-assoc.com
kmorrison@wilson-assoc.com
*Counsel for CitiMortgage, Inc.*
*And Safeguard Properties, Inc.*

Roger D. Rowe
LAX VAUGHAN FORSON JONES & ROWE PA
11300 Cantrell Rd., Ste 201
Little Rock, AR 72212
rrowe@laxvaughan.com
        and
Michael D. Douglas
KING & SPALDING
1180 Peachtree Street
Atlanta, GA 30903
mdouglas@kslaw.com
*Counsel for Equifax*

E.B. Chiles, IV
QUATTLEBAUM GROOMS TULL & BURROW
111 Center Street, Ste 1900
Little Rock, AR 72201
cchiles@qgtb.com
*Counsel for Experian*

Marc F. Kirkland
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034
marc.kirkland@strasburger.com
*Counsel for Trans Union, LLC*

Kevin P. Keech

5