## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**DAVID GARNER and**                                                                       **PLAINTIFFS**
**JENNIFER GARNER**

**VS.**                     **CASE NO. 4:11-CV-274-BSM**

**CITIMORTGAGE, INC.;**
**SAFEGUARD PROPERTIES, INC.; and**
**EXPERIAN INFORMATION SOLUTIONS, INC.**           **DEFENDANTS**

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE MILLER:

Plaintiffs David Garner and Jennifer Garner, and Defendant Experian Information Solutions, Inc. file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

Plaintiffs David Garner and Jennifer Garner and Defendant Experian Information Solutions, Inc. have reached a private settlement of all claims against Experian Information Solutions, Inc. Therefore, no issues in this matter between David Garner and Jennifer Garner and Experian Information Solutions, Inc. remain to be determined by this Court. The Plaintiffs hereby stipulate that all claims or causes of action against Experian Information Solutions, Inc. which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

          Respectfully submitted,

          KEECH LAW FIRM, PA
          4800 West Commercial Drive
          North Little Rock, AR  72116
          501.221.3200 (telephone)
          501.221.3201 (fax)

By:   _/s/ Kevin P. Keech_____
          Kevin P. Keech (Ark. Bar No. 98147)
          kkeech@keechlawfirm.com
          Rachel V. Hampton (Ark. Bar No. 2010267)
          rhampton@keechlawfirm.com

          *Attorneys for Plaintiffs*
          *David and Jennifer Garner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Angela M. Martin
H. Keith Morrison
WILSON & ASSOCIATES, PLLC
1881 North Starr Drive
Fayetteville, AR  72701
amartin@wilson-assoc.com
kmorrison@wilson-assoc.com
*Counsel for CitiMortgage, Inc. and Safeguard Properties, Inc.*

E.B. Chiles, IV
QUATTLEBAUM GROOMS TULL & BURROW
111 Center Street, Ste 1900
Little Rock, AR  72201
cchiles@qjtb.com
    and
Ray A. Hafner
JONES DAY
717 Texas Avenue, Ste 3300
Houston, TX  77002
rahafner@JonesDay.com
*Counsel for Experian Information Solutions, Inc.*

          _/s/ Kevin P. Keech__