**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**DAVID GARNER and**  **PLAINTIFFS**
**JENNIFER GARNER**

**VS.**     **CASE NO. 4:11-CV-274-BSM**

**CITIMORTGAGE, INC.;
SAFEGUARD PROPERTIES, INC.; and
EXPERIAN INFORMATION SOLUTIONS, INC.**     **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE MILLER:

Plaintiffs David Garner and Jennifer Garner, and Defendants CitiMortgage, Inc. and Safeguard Properties, Inc. file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

Plaintiffs David Garner and Jennifer Garner and Defendant CitiMortgage, Inc. have reached a private settlement of all claims against CitiMortgage, Inc. and Safeguard Properties, Inc.  Therefore, no issues in this matter between David Garner and Jennifer Garner and CitiMortgage, Inc. and Safeguard Properties, Inc. remain to be determined by this Court.  The Plaintiffs hereby stipulate that all claims or causes of action against CitiMortgage, Inc. and Safeguard Properties, Inc. which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

KEECH LAW FIRM, PA
4800 West Commercial Drive
North Little Rock, AR  72116
501.221.3200 (telephone)
501.221.3201 (fax)

By:    _/s/ Kevin P. Keech_____
Kevin P. Keech (Ark. Bar No. 98147)
kkeech@keechlawfirm.com
Rachel V. Hampton (Ark. Bar No. 2010267)
rhampton@keechlawfirm.com

*Attorneys for Plaintiffs*
*David and Jennifer Garner*

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Angela M. Martin
H. Keith Morrison
WILSON & ASSOCIATES, PLLC
1881 North Starr Drive
Fayetteville, AR  72701
amartin@wilson-assoc.com
kmorrison@wilson-assoc.com

*Counsel for CitiMortgage, Inc. and Safeguard Properties, Inc.*

_/s/ Kevin P. Keech__